UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAYMUNDO VASQUEZ ANGEL, *individually*
*and on behalf of others similarly situated,*

          *Plaintiff,*

 -against-

3 FLOW INC (D/B/A ANGAAR),
PARMINDER SINGH, and RICKY SINGH,

         *Defendants.*
-------------------------------------------------------------------X

Civil Action No. **1:25-cv-06256-JLR**

**[Proposed Form Of]**
**JUDGMENT**

## JUDGMENT

On March 31, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Raymundo Vasquez Angel, has judgment against Defendants 3 Flow Inc (d/b/a Angaar), Parminder Singh and Ricky Singh, jointly and severally, in the amount of One Hundred Ten Thousand Dollars and Zero Cents ($110,000.00), which is inclusive of attorneys' fees and costs.

Dated:  April 3   , 2026

            _____
            HON. JENNIFER L. ROCHON
            U.S. DISTRICT JUDGE